# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0520
_____

LUIS M. HARRIS,

   Petitioner,

v.

FLORIDA DEP'T OF CORRECTIONS,
SUWANNEE CORRECTIONAL
INSTITUTION, et al.,

   Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


April 2, 2024


PER CURIAM.

   DISMISSED.

ROWE, TANENBAUM, and LONG, JJ., concur.

_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Luis M. Harris, pro se, Petitioner.

Dan Johnson, General Counsel, Department of Corrections, Tallahassee, for Respondents.